

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00303-CR

**EX PARTE** Jimmy Coung Duc **TRAN**

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12300A
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 25, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice